# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

State Ex Rel Paul A. Adams

Plaintiff

v.

State of Wisconsin,
Washington County Circuit Court

Defendants

Case No. Civil 00-1968 PAM/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. Plaintiff's petition for writ of mandamus is denied. The action is summarily dismissed. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely. $129.42.

DATE: October 2, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk