UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State Ex Rel Paul A. Adams,

Plaintiff,

v.

State of Wisconsin,
Washington County Circuit Court,

Defendant.

Civil File No. 00-1968 (PAM/JMM)

**ORDER**

---

On November, 21, 2000, the Court of Appeals remanded this matter to the Court for the purpose of calculating and collecting the initial partial filing fee, if any, that Plaintiff must pay for his appeal. See 28 U.S.C. § 1915(b)(1). This cannot be done, however, unless Plaintiff submits a new application seeking to proceed in forma pauperis, ("IFP"), on appeal. That application must include financial information, certified by an authorized prison official, showing the average monthly balance of Plaintiff's prison trust account during the immediately preceding six-month period, as well as the average monthly deposits for the same period of time.

Plaintiff's new IFP application must be filed with the Court within thirty (30) days after the date of this order. The Court will review that application and then determine (a) whether the appeal is taken in good faith as required by 28 U.S.C. § 1915(a)(3), and (b) the amount, if any, that Plaintiff will be required to pay as an initial appellate partial filing fee.

FILED MAY 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

If Plaintiff does not submit a new IFP application within the time allowed, the Court will (a) determine whether the appeal is taken in good faith, and (b) order Plaintiff to pay an initial partial filing fee of $35. See Henderson v. Norris, 129 F.3d 481, 485 (8th Cir. 1997) (directing district courts to automatically set the initial partial filing fee at $35, "or such other reasonable amount warranted by available information," whenever a prisoner does not submit the financial information required by § 1915(b)(1)).

Based upon the foregoing, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that within thirty (30) days after the date of this order Plaintiff shall file a new IFP application including the financial information required by 28 U.S.C. § 1915(b)(1), failing which he will be ordered to pay an initial appellate partial filing fee of $35.

Dated: May 22, 2001

United States District Court Judge